No. 94–7539. KOVACK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 94–7540. KENNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–7541. MASSEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7544. FIEL ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–7546. AYERS *v.* TAYLOR ET AL. C. A. 4th Cir. Certiorari denied. 

No. 94–7548. ALLISON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 94–7549. BANKS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 94–7550. ADAMS *v.* MELNICK/NICKEL ET AL. C. A. 3d Cir. Certiorari denied. 

No. 94–7554. ORETO ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 94–7555. RUTLEDGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–7559. KRAUSE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7560. KING *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 94–7561. SHANNON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–7562. CLARK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 94–7563. ABLES *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–7564. HICKS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.